1  John Brosnan dba Apex ISP Services
   3321 Vincent Road
2  Pleasant Hill, California 94523
   Telephone:  510.779.1006
3  Facsimile:  650.745.2723

**RECEIVED**

AUG 2 2 2007

E-filing

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR.

4

5

6           UNITED STATES DISTRICT COURT

7           NORTHERN DISTRICT OF CALIFORNIA

*EMC*

8  JOHN BROSNAN                      Case No. **07   4337**

9       Plaintiff,                   ORDER ALLOWING PLAINTIFF TO FILE
                                     DOCUMENTS ELECTRONICALLY
10  Vs.

11  DON OBERLE, TIMOTHY JON CARRE,
    JAMES G. SCHWARTZ, JOSHUA D. BRYSK,    Date      :  -
12  INNOVATIVE MORTGAGE SOLUTIONS,         Time      :  -
    MERIDIAN CAPITAL INC.                  Place     :  -
13  And DOES 1-100                         Trial Date :  None Set

14       Defendants.

15

16  Upon noting the MOTION TO ALLOW ELECTRONIC FILING and good cause appearing therefore,

17    IT IS HEREBY ORDERED, ADJUDGED, DECREED that the following is Ordered:

18    1.  Plaintiff, John Brosnan, has permission to file documents electronically.

19    2.       SO ORDERED.   Plaintiff shall contact the Court's help desk at (866) 638-7829
                             to set up an account for e-filing.
20

21  DATED: _____August 24, 2007_____

22

23                        IT IS SO ORDERED
                          AS MODIFIED
24

25                        Judge Edward M. Chen

26

27

28

─────────────────────────────────────────────
    ORDER ALLOWING PLAINTIFF TO FILE DOCUMENTS ELECTRONICALLY