**United States District Court**
For the Northern District of California

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

9      JOHN BROSNAN,                              Case No. C07-4337 EMC

10
                        Plaintiff,
11
       v.                                         CLERK'S NOTICE
12
       DON OBERLE, et al.,
13
                        Defendants.
14     _____/

15     TO ALL PARTIES AND COUNSEL OF RECORD:

16            YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled from

17     November 28, 2007 at 1:30 p.m. to **January 16, 2008 at 1:30 p.m.** before Magistrate Judge Edward M.

18     Chen  in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.   A joint

19     Case Management Conference Statement shall be filed by January 9, 2008.  Plaintiff is ordered to serve

20     a copy of this notice to all defendants.

21     Dated:November 14, 2007

22                                                FOR THE COURT,
                                                  Richard W. Wieking, Clerk
23

24

25                                        by:   _____
                                                   Betty Fong
26                                                 Courtroom Deputy

27

28