UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | No. C07-4337 EMC |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS AND GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| DON OBERLE, et al., | |
| Defendants. | |
| _____/ | |

The Court having review Plaintiff's request hereby orders that:

1. Plaintiff is granted an extension of time until February 29, 2008 to effect service of process upon Defendants.

2. The January 16, 2008 Case Management Conference is rescheduled for April 2, 2008 at 1:30 p.m. A Joint Case Management Conference Statement shall be filed by March 26, 2008.

Plaintiff is ordered to serve a copy of this order upon all defendants.

IT IS SO ORDERED.

Dated: January 10, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge