# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | January 29, 2008 – 4:30 PM |

| Name of SERVER | TITLE |
|---|---|
| ROBERT JACOBSEN | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I SERVED THE DON OBERLE AT HIS PLACE OF WORK BY LEAVING THE DOCUMENTS WITH THE RECEPTIONIST. SAID RECEPTIONIST REFUSED TO PROVIDE HER NAME. I THEN MAILED VIA FIRST CLASS MAIL A COPY OF THE DOCUMENTS TO DON OBERLE.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   FEBRUARY 20, 2008
                    Date

Signature of Server

P.O. Box 1386, Lafayette, CA 94549
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure