John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523
510.779.1006 : Tel
925.237.8300 : Fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN<br><br>    Plaintiff<br><br>Vs.<br><br>DON OBERLE, TIMOTHY JON CARRE, JAMES G. SCHWARTZ, JOSHUA D. BRYSK, INNOVATIVE MORTGAGE SOLUTIONS, MERIDIAN CAPITAL INC.<br>And DOES 1-100 | Case No.  C07-4337 EMC<br><br>FIRST AMENDED COMPLAINT COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF VIOLATION OF 18 U.S.C. §1621 – PERJURY, VIOLATION OF 18 U.S.C. § 241 CONPIRACY TO COMMIT PERJURY<br><br>REQUEST FOR ENTRY OF DEFAULT |

JOHN BROSNAN requests that the court enter an Order taking the Default of DON OBERLE.

DATED: March 3, 2008         _____
                             John Brosnan

REQUEST FOR ENTRY OF DEFAULT

1. PROOF OF SERVICE - I am employed in the county of Contra Costa, State of California. I am
2. over the age of 18 and not a party to the within action; my business address is 3321 Vincent
3. Road, Pleasant Hill, CA 94523. On March 3, 2008, in San Pablo, CA, I deposited with the
4. United States Postal Service an envelope with postage fully prepaid thereon, a REQUEST FOR
5. ENTRY OF DEFAULT. Said document(s) were mailed to Don Oberle, 1390 Willow Pass Road,
6. Suite 940, Concord, CA 94520,
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is
8. true and correct. _____ Larry Williams