United States District Court
Northern District of California
450 Golden Gate Ave 16th Floor
San Francisco Ca, 94102

**FILED**

MAR 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attn: Magistrate Chen

Re: Case # c07-4337

Dear Magistrate Chen

I received attached letter in mail today. I do not understand what it is.

I've never been served with my process regarding this case.

I understand this case was supposed to be dismissed for failure to serve. I had an attorney look it up for me today online.

If I need to do something please advise.

Additionally, John Brosnan, AKA **John Bohls** has been deemed by the courts as a vexatious litigant in civil sate court. It appears he is up to his old tricks again in the US Federal court as well.

I know he is in court records for hundreds of cases for these types, and your records will pick it up for your assistant if she/he would kindly look up to prove to you what he is really doing which is wasting the courts time as well as victims such as myself with his frivolous filings.

I do not have the money to fight with Brosnan with an attorney nor do most of his victims. Please help stop him from doing this to people. I'm pleading for your support Magistrate Chen.

Gratefully yours,

Don Oberle
89 Oak Road
Orinda Ca 94563
925-323-8013

**3:07-cv-04337-EMC** Brosnan v. Oberle et al
Edward M. Chen, presiding
**Date filed:** 08/21/2007
**Date of last filing:** 03/03/2008

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| -- | *Filed:* *Entered:* | 08/21/2007 08/24/2007 | 🔵 Case Referred to ECF |
| 1 | *Filed:* *Entered:* | 08/21/2007 08/24/2007 | 🔵 Complaint |
| 2 | *Filed:* *Entered:* *Terminated:* | 08/21/2007 08/24/2007 03/04/2008 | 🔵 Motion for Miscellaneous Relief |
| 3 | *Filed:* *Entered:* | 08/21/2007 08/24/2007 | 🔵 ADR Scheduling Order |
| 4 | *Filed & Entered:* | 08/24/2007 | 🔵 Order |
| 5 | *Filed & Entered:* | 11/14/2007 | 🔵 Clerk's Notice |
| 6 | *Filed & Entered:* | 12/03/2007 | 🔵 Amended Complaint |
| 7 | *Filed & Entered:* | 01/09/2008 | 🔵 Consent to Proceed Before a US Magistrate Judge |
| -- | *Filed & Entered:* | 01/10/2008 | 🔵 Set/Reset Hearings |
| -- | *Filed & Entered:* | 01/10/2008 | 🔵 Set/Reset Deadlines |
| 8 | *Filed & Entered:* | 01/10/2008 | 🔵 Order |
| 9 | *Filed & Entered:* | 03/03/2008 | 🔵 Certificate of Service |
| 10 | *Filed & Entered:* | 03/03/2008 | 🔵 Motion for Entry of Default |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/04/2008 15:11:51 | | | |
| **PACER Login:** | js0010 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 3:07-cv-04337-EMC |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523
510.779.1006 : Tel
925.237.8300 : Fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN<br><br>    Plaintiff<br><br>Vs.<br><br>DON OBERLE, TIMOTHY JON CARRE, JAMES G. SCHWARTZ, JOSHUA D. BRYSK, INNOVATIVE MORTGAGE SOLUTIONS, MERIDIAN CAPITAL INC.<br>And DOES 1-100 | Case No. C07-4337 EMC<br><br>FIRST AMENDED COMPLAINT COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF VIOLATION OF 18 U.S.C. §1621 – PERJURY, VIOLATION OF 18 U.S.C. § 241 CONPIRACY TO COMMIT PERJURY<br><br>REQUEST FOR ENTRY OF DEFAULT |

JOHN BROSNAN requests that the court enter an Order taking the Default of DON OBERLE.

DATED: March 3, 2008    _____
                                       John Brosnan

REQUEST FOR ENTRY OF DEFAULT

1. PROOF OF SERVICE - I am employed in the county of Contra Costa, State of California. I am
2. over the age of 18 and not a party to the within action; my business address is 3321 Vincent
3. Road, Pleasant Hill, CA 94523. On March 3, 2008, in San Pablo, CA, I deposited with the
4. United States Postal Service an envelope with postage fully prepaid thereon, a REQUEST FOR
5. ENTRY OF DEFAULT. Said document(s) were mailed to Don Oberle, 1390 Willow Pass Road,
6. Suite 940, Concord, CA 94520,
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is
8. true and correct.  _/s/ Larry Williams_  Larry Williams

REQUEST FOR ENTRY OF DEFAULT