**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>        Plaintiff,<br><br>v.<br><br>DON OBERLE, et al.,<br><br>        Defendants.<br>_____/ | Case No. C07-4337 EMC<br><br><br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled from April 2, 2008 at 1:30 p.m. to **May 28, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.   A joint Case Management Conference Statement shall be filed by May 21, 2008.  Plaintiff is ordered to serve a copy of this notice to all defendants.

Dated: April 1, 2008

FOR THE COURT,
Richard W. Wieking, Clerk


by: _____/s/ Betty Fong_____
      Betty Fong
      Courtroom Deputy