IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

DON OBERLE, TIMOTHY JON CARRE, JAMES G. SCHWARTZ, JOSHUA D. BRYSK, INNOVATIVE MORTGAGE SOLUTIONS, MERIDIAN CAPITAL, INC., and DOES 1–100,

    Defendants.

No. C 07-04337 WHA

**ORDER OF DISMISSAL**

This case is **DISMISSED** for lack of prosecution due to the failure of plaintiff to appear at a properly notified case management conference (on May 1, 2008) and because the care duplicates another action already resolved completely against plaintiff. *See Oberle v. Whitley, et al.*, Case No. C07-04334 WHA.

**IT IS SO ORDERED.**

Dated: May 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE