**John Brosnan**
**3321 Vincent Road**
**Pleasant Hill, CA 94523**
**510.779.1006:Tel • 925.237.8300:Fax**

---

May 19, 2008

Re:  Brosnan v Oberle, Case number C 07-04337 WHA
To:  The Honorable William Alsup

Dear Judge Alsup,

On May 1, 2008, the Court dismissed my case due to my failure to appear for a hearing scheduled on that day.  The reason I did not appear is that I received a letter from Joshua Brysk notifying me that the May 1, 2008 court date had been continued.  When I received the letter from Mr. Brysk I took the May 1, 2008, hearing off my calendar.  Today I researched with the court's website to see what order had been entered by the court regarding the May 1, 2008, continuance and I'm unable to find any.  For your review I've attached the letter I received from Mr. Brysk.

Mr. Oberle has multiple felony convictions.  Mr. Oberle was recently convicted for identity theft.  As part of being an identity thief Mr. Oberle routinely forges documents.  Mr. Oberle has multiple counts of mortgage fraud.  Mr. Oberle is currently being sued by the Contra Costa County district attorney's office for running an illegal credit repair business.  I believe that Mr. Oberle fabricated the attached document, something he has done on multiple occasions throughout his other court cases, and then sent it to me in order to get me to not appear at the May 1, 2008,  court hearing.

I would ask the court to vacate it's dismissal order as I don't feel it's proper that a case be dismissed due to trickery on the part of Mr. Oberle.


Sincerely,

*[signature]*

John Brosnan

*Law offices of*

**James G. Schwartz**

*A Professional Corporation*

James G. Schwartz
Virginia L. Ekelund
Joshua D. Brysk

April 16, 2008

Via U.S. Mail
Mr. John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523

    RE:   **Don Oberle**
            Case No.: C 07-04337 WHA

Dear Mr. Brosnan:

    We are now representing Mr. Oberle in this matter. The court has granted us a 30 day continuance for the currently scheduled hearing set for May 1, 2008, at 11:00 a.m., and therefore it is no longer on calendar. The court has ordered us to serve you with the new date and time for the hearing. Once we receive the signed order from the court we will forward a copy to you.

                                  Very truly yours,

                                  Law Offices of James G. Schwartz
                                  A Professional Corporation

                                  Joshua D. Brysk

7901 Stoneridge Drive, Suite 401, Pleasanton, California 94588 • (925) 463-1073
Facsimile (925) 463-2937 • jgschwartz.com