**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

DON OBERLE, TIMOTHY JON CARRE, JAMES G. SCHWARTZ, JOSHUA D. BRYSK, INNOVATIVE MORTGAGE SOLUTIONS, MERIDIAN CAPITAL, INC., and DOES 1–100,

    Defendants.

No. C 07-04337 WHA

**ORDER RE PLAINTIFF'S LETTER OF 5/19/2008 AND ITS ATTACHMENT**

    Attorney Joshua Brysk is **ORDERED** to review the attached materials and to explain his position, particularly to respond to the allegations that Mr. Brysk misrepresented the date of the case management conference. This response is due by **NOON ON TUESDAY, MAY 27, 2008**, and shall be under oath.

    **IT IS SO ORDERED.**

Dated: May 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE