**John Brosnan**
**3321 Vincent Road**
**Pleasant Hill, CA 94523**
**510.779.1006:Tel • 925.237.8300:Fax**

---

May 27, 2008

Re:   Brosnan v Oberle, Case number C 07-04337 WHA
To:   The Honorable William Alsup

Dear Judge Alsup,

I just received the declaration of Joshua D. Brysk regarding the April 16, 2007, continuance letter.  As I said in my prior letter to the court I don't believe that the letter came from the office of Mr. Brysk.  I believe that Don Oberle created the letter.  Joshua D. Brysk represented Mr. Oberle in multiple cases.

As I said in my prior letter, Mr. Oberle was recently convicted of identity theft; I've attached a copy of his conviction paperwork from the Walnut Creek court.  Mr. Oberle blames me for his conviction.  When Phil Venable from the Contra Costa District Attorney's Office questioned me, I provided information that led to Mr. Oberle's arrest and conviction.

On January 24, 2006, the Contra Costa District Attorney's Office sued Mr. Oberle for running an illegal credit repair business.  The case number is CIVMSC06-00155. As can be seen from the entire court file Mr. Oberle did everything he could to delay the inevitable. On May 14, 2008 the Contra Costa District Attorney's office secured a default judgment against Mr. Oberle.  I've attached a printout from that case.

It's my understanding per the Florida Department of Corrections that Mr. Oberle has an outstanding no bail warrant for his arrest.  Mr. Oberle was convicted of Grand Theft in Florida and fled to California.  Mr. Oberle's Florida Department of Corrections DC number is 945373.  I've attached a current printout from the Florida Department of Corrections.

Sincerely,

John Brosnan

☐ CONCORD ☐ MARTINEZ ☐ PITTSBURG ☐ RICHMOND ☑ WALNUT CREEK

**DEFENDANT** Oberle, Donald P.    **DOCKET NO.** 127246-7

The above named defendant having been convicted in this court of the offense(s) of violation of:
Section(s) ☐ 23152 _____ ☐ with prior(s) _____ ☑ Other: PC 529

IT IS ORDERED: That ☑ imposition ☐ execution of sentence be suspended during period of probation with the following terms:

**TERMS OF PROBATION** (Applicable Items Checked): ☑

1. ☑ **COURT PROBATION GRANTED:** Conditional and revocable release in the community without Probation supervision except as specified by the Court for a period of __2__ months/years from the date of this order.
2. ☑ **STANDARD TERMS** (see reverse for standard terms and additional instructions.)
3. ☐ **REVIEW DATE:** 11/5  8-30  ~~w/c~~ ~~DA~~
   ☑ Defendant must appear in Court. ☐ Defendant need not appear.

**JAIL/FINE/VOLUNTEER WORK/RESTITUTION**

4. ☑ **Be IMPRISONED** __45__ hrs/days/months
   ☐ _____ hrs/days/months credit.
   ☐ _____ hrs/days/months suspended.
   ☐ Sentence to commence _____
   ☐ Serve consecutive/concurrent with _____
   ☐ Any imposed sentence.
   ☐ Main Jail ☐ Work Alternative Program ☑ Electronic Home Detention
   ☐ in _____ County allowed.
   ☐ Contact Custody Alternative Bureau (CAB) within 15 days
   ☐ Day for day credit for time served in approved residential program.
   ☐ Other _____

5. ☐ Pay a **FINE** of $ _____
   ☑ Suspend payment of $ 100 (CREW)
   ☑ Pay restitution fine of $ 100
   ☑ Make monthly installments to Court Collections & Compliance Unit, P.O. Box 2528 Martinez, CA 94553 by: upon ~~a~~
   ☐ Pay to Clerk of Court by w/in 45 days
   ☐ Probation to terminate upon payment of fine/completion of jail sentence.
   ☐ _____ days jail concurrent/consecutive in lieu of fine.
   ☐ Other _____

6. ☐ Perform _____ hours **VOLUNTEER COMMUNITY SERVICE**
   ☐ In lieu of fine ☐ In lieu of Interlock
   ☐ Show proof of completion to Court by _____

7. ☐ Make **Restitution** of $ TBD to _____
   ☑ Make **RESTITUTION** as determined by the Court Probation Officer
   ☐ Show proof of restitution to Court by _____
   ☐ Honor any civil judgments as a result of this conviction.
   ☑ Pay to CCU ☐ Other: _____

8. ☑ Submit your person, place of residence, storage locker or any vehicle under your control to search and seizure at any time of day or night, with or without warrant, to any peace officer ☐ for alcoholic beverages ☐ _____

9. ☑ **Not use** or possess any dangerous drugs, narcotics, or narcotic paraphernalia without prescription.

10. ☐ Not have a checking account or charge accounts, nor have any checks or credit cards in your possession, control or custody, except checks made payable to you.

11. ☐ Do not own or have possession or control of any firearm or weapon.

12. ☐ Weapon ordered ☐ confiscated ☐ destroyed ☐ returned to _____

13. ☐ Do not annoy/threaten/contact _____

14. ☐ Attend batterers/domestic violence program as directed by the Court Probation Officer and not leave or terminate program without permission.

15. ☐ Contact Court Probation Officer on __Kimberly__
    ☑ Other: A not use SSN of Gapsch.

16. ☐ Abstain from the use of alcoholic beverages.
17. ☐ Submit to drug/alcohol use detection tests as directed by Court Probation Officer or by any peace officer.
18. ☐ Not go to places where alcoholic beverages are the chief item of sale.
19. ☐ Take antabuse as prescribed by physician & if directed by alcohol program.

**PROGRAM TERMS**

20. ☐ Attend and complete the First Offender Drinking Driver's Program:
    ☐ Level 1 ☐ Level 2 (area of choice authorized)
    ☐ Other _____
21. ☐ Report to Post Conviction Drinking Driver's Program within 10 days and comply with its rules and fee requirements.
    (Take completed DL 103 form to DMV within 30 days)
22. ☐ Participate in counseling as directed by the Court Probation Officer and not leave or terminate program without permission.
23. ☐ Referred for HIV testing. Return to Court on _____
24. ☐ Other: _____

**DRIVING TERMS**

25. ☐ Driving privilege restricted for _____ to /during/from: employment, treatment program ☐ School
    ☐ Other: _____
26. ☐ Driving privilege suspended/revoked for _____
27. ☐ Not drive a motor vehicle unless properly licensed and insured.
28. ☐ Not drive vehicle with any measurable alcohol in blood.
29. ☐ If arrested for a violation of 23152 or 23153 CVC, not refuse a chemical test for the detection of alcohol.

**VEHICLE IMPOUNDMENT TERMS**

30. ☐ **DEFENDANT'S VEHICLE BE:** Impounded _____ days
    Proof by _____ ☐ Not Impounded
    ☐ Not Registered Owner ☐ Loss of employment ☐ Other
31. ☐ Install ignition interlock device on any vehicle owned/operated from now until _____ years after license reinstatement.
32. ☐ Provide proof of installation to court by _____
33. ☐ Ignition Interlock Device ☐ ordered ☐ not ordered
    Defendant: ☐ does not own vehicle ☐ has no ability to pay
34. ☐ Do not drive any motor vehicle unless said vehicle is equipped with a Certified Ignition Interlock Device.

☑ Other: A to provide proof to DA that cell phone is in his name + SSN w/in 30 days

Although not a condition of probation, you are ordered to pay the following fees:
☐ $25 Booking Fee ☐ $10 Cite Fee ☐ CJA $ _____ ☑ Other 20 BF

I HAVE READ AND RECEIVED A COPY OF THESE CONDITIONS OF PROBATION AND I UNDERSTAND AND AGREE TO PERFORM THEM AND UNDERSTAND THAT IF I FAIL TO DO SO, MY PROBATION MAY BE REVOKED AND I MAY BE SENTENCED TO JAIL OR SENTENCED AS OTHERWISE PROVIDED BY LAW.

**DEFENDANT'S SIGNATURE:** _____

**SOCIAL SECURITY #** [redacted]    **DOB** 2-12-66
**ADDRESS** 89 Oak Rd    **CITY** Orinda
**STATE** CA    **ZIP CODE** 94563    **PHONE #** (925) 323-8013

**COMMITMENT:** TO THE SHERIFF: I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ENTRY OF JUDGMENT OR ORDER AND IS YOUR AUTHORITY FOR THE EXECUTION THEREOF.

John T. Laettner    10/4/07
**JUDGE OF THE SUPERIOR COURT**    **DATED**

CB2006    PROB. ORDER (REV. 11/99)



## Actions

Home   Complaints/Parties   Actions   Pending Hearings   Case Report   Images

[Open Quick Search]

### Case CIVMSC06-00155 - PEO OF THE STATE OF CALIFORNIA VS DOSO, INC

[Move To This Date]

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
| | 06/20/2008 7:00 AM DEPT. 02 | CHECK FOR DEFAULT JUDG. ETC | | |
| | 05/22/2008 8:30 AM DEPT. 02 | FURTHER CASE MANAGEMENT CONFERENCE | OFF-CALENDAR | |
| | 05/14/2008 | CLERK`S TICKLER WAS SET FOR 6/20/08 AT 7:00 IN DEPT 02 | | |
| | 05/14/2008 9:00 AM DEPT. 02 | HEARING ON MOTION TO/FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFS FILED BY PEOPLE OF THE STATEOF CALIFORNIA | GRANTED | |
| | 05/06/2008 | PROOF OF SERVICE BY MAIL OF NTC OF MTN FOR ENTRY OF DEFAULT ON [SEE LIST} FILED; SERVED ON 04/03/08 | Not Applicable | N/A |
| | 05/06/2008 8:30 AM DEPT. 02 | FURTHER CASE MANAGEMENT CONFERENCE | NOT HEARD/CONT | |
| | 04/02/2008 | DECLARATION OF LAUREN R WIXSON FILED RE: IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT | Not Applicable | N/A |
| | 04/02/2008 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY PEOPLE OF THE STATEOF CALIFORNIA IN SUPPORT OF NOTICE OF MOTION FOR ENTRY OF DEFAUL JUDGMENT AGAINST DEFS | Not Applicable | N/A |
| | 04/02/2008 | MOTION TO/FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFS FILED BY PEOPLE OF THE STATEOF CALIFORNIA | | |
| | 04/02/2008 | HEARING ON MOTION WAS SET FOR 5/14/08 AT 9:00 IN DEPT. 02 | | |
| | 03/04/2008 8:30 AM DEPT. 02 | FURTHER CASE MANAGEMENT CONFERENCE | Complete | |
| | 01/08/2008 9:00 AM DEPT. 02 | HEARING ON OSC RE: FAILURE TO APPEAR ON 12-18-07 BY DON OBERLE | DISCHARGED | |
| | 12/27/2007 | NOTICE OF ENTRY OF ORDER GRANTING ATTY MTN TO BE RELIEVED AS COUNSEL FILED | Not Applicable | N/A |
| | 12/20/2007 3:30 PM DEPT. 60 | HEARING ON MOTION TO/FOR BE RELIEVED AS COUNSEL FILED BY DOSO, INC, DON OBERLE | VACATED | |
| | 12/20/2007 | AMENDED ORDER PERTAINING TO PLTFS MTN TO COMPEL D OSO INC TO PROVIDE FURTHER RESPONSES | Not Applicable | N/A |
| | 12/19/2007 | ATTORNEY UPDATED- ATTORNEY FOR DON OBERLE IS NOW PRO/PER | Not Applicable | |
| | 12/19/2007 | ATTORNEY UPDATED- ATTORNEY FOR DOSO, INC IS NOW PRO/PER | Not Applicable | |
| | 12/19/2007 | ORDER GRANTING ATTY MOT TO BE RELIEVED BY DEFT DOSO INC AND DON OBERLE | Not Applicable | N/A |
| | 12/18/2007 | OSC FILED. SENT TO DEFT. | Not Applicable | N/A |
| | 12/18/2007 8:30 AM DEPT. 02 | FURTHER CASE MANAGEMENT CONFERENCE | CONTINUED | |
| | 12/17/2007 9:00 AM DEPT. 60 | HEARING ON OSC RE: CONTEMPT OF KATIE TIFFANY BY PEOPLE OF THE STATE OF CALIFORNIA | DROPPED BY COURT | |
| | 12/12/2007 | RESPONSE TO OSC RE: CONTEMPT OF KATIE TIFFANY FILED BY DOSO, INC, DON OBERLE | Not Applicable | N/A |
| | 12/05/2007 | ORDER COMPELLING DEFT DISCO, INC. TO PROVIDE RESPONSES AND FURTHER RESPONSES TO PLTFS THIRD | Not Applicable | N/A |
| | 12/04/2007 | UNREPORTED MINUTE ORDER | Not Applicable | |
| | 12/04/2007 3:30 PM DEPT. 60 | HEARING ON MOTION TO/FOR COMPEL DOSO INC TO PROVIDE RESPONSE TO PLTFS 3RD FILED BY PEOPLE OF THE STATEOF CALIFORNIA | COMPLETED | |
| | 12/03/2007 | PROOF OF SERVICE BY FAX & EXPRESS MAIL OF MOTION TO COMPEL DOSO INC. RESP TO 3RD SET INTERRO ON JAMES G. SCHWARTZ FILED; SERVED ON 10/10/07 | Not Applicable | N/A |
| | 11/29/2007 | ORDER PERTAINING TO PLTFS MOT TO COMPEL TO PROVIDE FURTH ER RESPONSES | Not Applicable | N/A |
| | 11/28/2007 9:00 AM DEPT. 02 | HEARING ON MOTION TO/FOR BE RELIEVED AS COUNSEL FILED BY DOSO, INC, DON OBERLE | GRANTED | |
| | 11/20/2007 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY PEOPLE OF THE STATEOF CALIFORNIA IN SUPPORT OF ORDER TO SHOW CAUSE RE CONTEMPT OF KATIE TIFFANY | Not Applicable | N/A |
| | 11/20/2007 | HEARING ON OSC WAS SET FOR 12/17/07 AT 9:00 IN DEPT. 60 | | |
| | 11/05/2007 | NOTICE OF ENTRY OF ORDER ADVANCING HEARING FILED | Not Applicable | N/A |
| | 11/01/2007 | PROOF OF SERVICE BY PERSONAL DELIVERY OF ORDER ADVANCING HG OF MTN TO BE RELIEVED, NTC/MTN ON DOSO, INC/DON OBERLE FILED; SERVED ON 10/29/07 | Not Applicable | N/A |
| | 11/01/2007 | CLERK`S CERTIFICATE OF MAILING OF REPORT & RECOMMENDATION/NOTICE OF DECISION SENT TO ALL PARTIES | Not Applicable | |
| | 11/01/2007 | REPORT & RECOMMENDATION/NOTICE OF DECISION (AFTER HRG HELD 10/26/07) - FILED | Not Applicable | N/A |
| | 11/01/2007 | STIPULATION FOR ORDER PERMITTING THE FILING OF PLAS SECOND AMENDED COMPLAINT FILED | Not Applicable | N/A |
| | 10/29/2007 | HEARING ON MOTION WAS SET FOR 11/28/07 AT 9:00 IN DEPT. 02 | | |
| | 10/29/2007 | ORDER ADVANCING HEARING DATE OF MTN TO BE RELIEVED AS COUNSEL FILED | Not Applicable | N/A |
| | 10/26/2007 3:30 PM DEPT. 60 | HEARING ON MOTION TO/FOR COMPEL DEFT TO PROVIDE FURTHER RESPONSES TO DEMAND FILED BY PEOPLE OF THE STATEOF CALIFORNIA | COMPLETED | |
| | 10/26/2007 | DECLARATION OF ATTORNEY FILED RE: IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL | Not Applicable | N/A |
| | 10/26/2007 | MOTION TO/FOR BE RELIEVED AS COUNSEL FILED BY DOSO, INC, DON OBERLE | | |

**FLORIDA DEPARTMENT OF CORRECTIONS**

# Corrections Offender Network

*Supervised Population Information Detail*

(This information was current as of 5/25/2008)



| | |
|---|---|
| **DC Number:** | 945373 |
| **Name:** | OBERLE, DON P |
| **Race:** | WHITE |
| **Sex:** | MALE |
| **Hair Color:** | BROWN |
| **Eye Color:** | BROWN |
| **Height:** | 6'00" |
| **Weight:** | 165 lbs. |
| **Birth Date:** | 02/12/1966 |
| **Supervision Begin Date:** | 07/02/1992 |
| **Current Location:** | TAMPA |
| **Current Status:** | SUSPENSE |
| **Supervision Type:** | PROBATION FELONY |
| **Scheduled Termination Date:** | 07/01/1995 |

| **Current Verified PERMANENT Address:** |
|---|
| 89 OAK ROAD |
| ORINDA, CA 94563 |

| **Aliases:** | |
|---|---|
| DON P OBERLE | DONALD OBERLE |

Note: The offense descriptions are truncated and do not necessarily reflect the crime for which the offender is on supervision. Please refer to the court documents or the Florida Statutes for further information or definition.

**Current Community Supervision History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Community Supervision Length |
|---|---|---|---|---|---|
| 09/14/1991 | GRAND THEFT,$300 LESS &20,000 | 07/02/1992 | HILLSBOROUGH | 9112968 | 3Y 0M 0D |