UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>        Plaintiff,<br><br>v.<br><br>DON OBERLE et al,<br><br>        Defendant. | Case Number: CV07-04337 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Don Oberle
89 Oak Rd.
Orinda, CA 94563

Joshua D. Brysk
Law Offices of James G. Schwartz
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588

Dated: May 29, 2008

                                            Richard W. Wieking, Clerk
                                            By: Dawn Toland, Deputy Clerk