IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

v.

DON OBERLE, TIMOTHY JON CARRE, JAMES G. SCHWARTZ, JOSHUA D. BRYSK, INNOVATIVE MORTGAGE SOLUTIONS, MERIDIAN CAPITAL INC., and DOES 1–100,

    Defendants.

No. C 07-04337 WHA

**FURTHER ORDER REGARDING EVIDENTIARY HEARING**

    Plaintiff John Brosnan shall bring to the evidentiary hearing the original of the letter in question and the envelope in which it came. If a fax, he shall bring the original fax he received including all header/footer information.

    **IT IS SO ORDERED.**

Dated: May 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE