IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>    Plaintiff,<br><br>  v.<br><br>DON OBERLE, TIMOTHY JON CARRE, JAMES G. SCHWARTZ, JOSHUA D. BRYSK, INNOVATIVE MORTGAGE SOLUTIONS, MERIDIAN CAPITAL, INC., and DOES 1–100,<br><br>    Defendants. | No. C 07-04337 WHA<br><br>**ORDER OF DISMISSAL** |

This case is **DISMISSED** for lack of prosecution due to the failure of plaintiff to appear at a properly notified case management conference (on May 1, 2008) and because the care duplicates another action already resolved completely against plaintiff. *See Oberle v. Whitley, et al.*, Case No. C07-04334 WHA.

**IT IS SO ORDERED.**

Dated: May 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE