UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

        Plaintiff,

  v.

DON OBERLE et al,

        Defendant.
                                    /

Case Number: CV07-04337 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Don Oberle
89 Oak Rd.
Orinda, CA 94563

US Attorney's Office
450 Golden Gate Ave
San Francisco, CA 94102

Dated: June 20, 2008

                                          Richard W. Wieking, Clerk
                                          By: Dawn Toland, Deputy Clerk