UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

        Plaintiff,

  v.

DON OBERLE et al,

        Defendant.

Case Number: CV07-04337 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Don Oberle
89 Oak Rd.
Orinda, CA 94563

John Brosnan
3321 Vincent Road
Pleasant Hill, CA94523

US Attorney's Office
450 Golden Gate Ave
San Francisco, CA 94102

Dated: June 20, 2008

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk