**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 19, 2008

Case No.  C 07-04337 WHA

Title: JOHN BROSNAN v. DON OBERLE

Plaintiff: John Brosnan

Defendant: Don Oberle

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Evidentiary Hearing re Failure to Appear - HELD

2) 


Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial

**ORDERED AFTER HEARING:**

James Schwartz and Joshua Brysk appeared per the Court's order.

Don Oberle and John Brosnan were both put under oath to answer questions.  Court ruled, after hearing the testimony that the case shall be dismissed.