IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

DON OBERLE, TIMOTHY JON CARRE,
JAMES G. SCHWARTZ, JOSHUA D. BRYSK,
INNOVATIVE MORTGAGE SOLUTIONS,
MERIDIAN CAPITAL INC., and DOES 1–100,

    Defendants.
                                        /

No. C 07-04337 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action with prejudice, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE